557 A.2d 1062

**BEASLEY INDUSTRIES, INC., Appellant,**

v.

**COMMONWEALTH of Pennsylvania.**

Supreme Court of Pennsylvania.

Argued May 2, 1989.

Decided May 10, 1989.

Robert L. Weldon, Harrisburg, for appellant.

Bryan E. Barbin, Deputy Atty. Gen., for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM:

Order of Commonwealth Court affirmed.

LARSEN and FLAHERTY, JJ., would reverse the Order of the Commonwealth Court.